# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1072. JUAN CORTEZ MONDRAGON v. THE STATE.**

Juan Cortez Mondragon filed a notice of appeal from the trial court's denial of his motion for new trial following his murder conviction. The notice indicated Mondragon's wish to appeal to the Supreme Court of Georgia, but the appeal inadvertently was docketed in this Court. We hereby TRANSFER this appeal to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/06/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.